**Opinion issued March 12, 2013**



**In The**

# Court of Appeals

**For The**

# First District of Texas

——————————

**NO. 01-12-01018-CV**

——————————

**PETER OBASOGIE, Appellant**

**V.**

**HARRIS COUNTY HOSPITAL DISTRICT, Appellee**

---

**On Appeal from the 334th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-39063**

---

**MEMORANDUM OPINION**

Appellant has filed a "Motion to Withdraw the Appeal" because the claims between the parties have been settled, which we will treat as a motion to dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). The motion contains a certificate of

service, but does not contain a certificate of conference. *See* TEX. R. APP. P. 10.1(a). Ten days have passed, however, and appellee has not filed a response in opposition. *See* TEX. R. APP. P. 10.1(b) (providing that court may determine motion before response is filed), 10.3(a) (providing, in pertinent part, that court should not hear or determine motion until 10 days after motion was filed, unless motion states that parties have conferred and that no party opposes motion). No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Bland, and Massengale.